UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dennis William Merritt,<br><br>            Plaintiff,<br><br>  -vs-<br><br>Officer Austin Yancy, Officer Adam Gossen, and Sgt. Cristie Jacobsen,<br><br>            Defendants. | Case No. 3:20-cv-00012<br><br>**MOTION TO EXTEND DEADLINE TO SERVE RULE 26(a)(1) INITIAL DISCLOSURES** |

[¶1]  **COMES NOW**, Officer Austin Yancy, Officer Adam Gossen, and Sergeant Cristie Jacobsen (the "Police Defendants") in the above-entitled case, by and through their undersigned counsel, and respectfully move this Court for an order to extend the current deadline to serve Rule 26(a)(1) initial disclosures currently set for July 15, 2020. See ECF 39, p. 1. The motion is based upon all the pleadings and proceedings herein, including the Police Defendants' accompanying Memorandum in Support of Motion to Extend Deadline to Serve Rule 26(a)(1) Initial Disclosures. This motion is made for good cause and not for purposes of delay.

[¶2]  **DATED** this 24th day of June, 2020.

                                                      **PEARSON CHRISTENSEN, PLLP**

                                                      /s/ Joseph E. Quinn
                                                      **DANIEL L. GAUSTAD** (ND ID# 05282)
                                                      **JOSEPH E. QUINN** (ND ID# 06538)
                                                      24 North 4th Street - P.O. Box 5758
                                                      Grand Forks, ND  58206-5758
                                                      (701) 775-0521 FAX (701) 775-0524
                                                      dan@grandforkslaw.com
                                                      jquinn@grandforkslaw.com
                                                      Attorneys for Defendants Officer Austin Yancy, Officer Adam Gossen, and Sgt. Cristie Jacobsen