**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA**

Dennis Merritt

**DESCRIPTION OF DOCUMENT FILED
CONVENTIONALLY**

v.

Case No.:   3:20-cv-12

Fargo Police Department et al.

_____

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

CD #3, Ofc. Adam Gossen Squad Car Video, Rule 26 Disclosures

This filing was not e-filed for the following reason(s):

☑   Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐   Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011